IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM H. BELL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

  Appellant,

v.           CASE NO. 1D14-1510

STATE OF FLORIDA,

  Appellee.

_____/

Opinion filed July 8, 2014.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

William H. Bell, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.